# UNITED STATES NAVY–MARINE CORPS
# COURT OF CRIMINAL APPEALS

―――――――――――――

**No. 201800063**

―――――――――――――

**UNITED STATES OF AMERICA**
Appellee

v.

**LORNE A. TWOREK, JR.**
Lance Corporal (E-3), U.S. Marine Corps
Appellant

―――――――――――――

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel Leon J. Francis, USMC.
Convening Authority: Commanding General, 1st Marine Aircraft
Wing, Marine Corps Base Hawaii, Kaneohe Bay, HI.
Staff Judge Advocate's Recommendation: Lieutenant Colonel
Melanie J. Mann, USMC.
For Appellant: Commander C. Eric Roper, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

―――――――――――――

Decided 31 May 2018

―――――――――――――

Before HUTCHISON, SAYEGH, and GERDING, *Appellate Military Judges*

―――――――――――――

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court